UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SAMSONITE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant. | Court No. 24-00040 |

## COMPLAINT

Pursuant to the Rules of the United States Court of International Trade, Plaintiff, Samsonite LLC (hereafter "Samsonite"), through its undersigned attorneys, alleges for its complaint as follows:

1.    Jurisdiction of the United States Court of International Trade over the subject matter of this civil action is invoked pursuant to 28 U.S.C. § 1581(a).

2.    Plaintiff has standing under 28 U.S.C. § 2631, as amended, to prosecute this civil action to contest the denial, pursuant to Section 515 of the Tariff Act of 1930 (19 U.S.C. § 1515), of protests filed under Section 514 of the Tariff Act of 1930 (19 U.S.C. § 1514).

3.    Plaintiff is the importer of record and consignee of the merchandise in the entries identified in the summons filed on February 10, 2024.

4.    The instant action was timely commenced, all liquidated duties, charges and exactions were paid before the commencement of this action, and all other conditions precedent to the commencement of this action have been performed or have occurred.

### Background and Claims

5.    Pursuant to its actions imposing "Section 301" duties on China origin products, the U.S. Trade Representative published notice of the final list of products subject to an additional duty, a list commonly known as "List 3." 83 Fed. Reg. 47,974 (September 21, 2018).

USTR imposed a 10% *ad valorem* tariff that was set to rise automatically to 25% on January 1, 2019. *Id.* USTR determined that the List 3 duties would apply to all listed products that enter the United States from China on or after September 24, 2018. *Id.*

6. The list included Samsonite products classified in 4202.11.0030, 4202.92.0400, 4202.92.3120, and 4820.10.2020.

7. Subsequently USTR issued various exclusions that exempted certain products in these classifications from payment of the Section 301 duties.

8. In 85 Fed. Reg. 549 at 550 (5) (January 5, 2020), USTR issued an exclusion under HTS 9903.88.37 for "Briefcases with outer surface of leather, each measuring no more than 37 cm by 45 cm by 17 cm (described in statistical reporting number 4202.11.0030)." (Hereafter "Exclusion 1"). This exclusion was applicable to eligible product entered from September 24, 2018 to August 7, 2020.

9. In 85 Fed. Reg. 23122 at 23125 (19) (April 24, 2020), USTR issued an exclusion under HTS 9903.88.45 for "Backpacks with hydration system, each measuring not more than 51 cm by 28 cm by 9 cm, weighing not more than 1 kg (described in statistical reporting number 4202.92.0400)." (Hereafter "Exclusion 2"). This exclusion was applicable to eligible product entered from September 24, 2018 to August 7, 2020.

10. In 85 Fed. Reg. 17158 at 17163 (45) (March 26, 2020), USTR issued an exclusion under HTS 9903.88.43 for "Backpacks with outer surface of textile materials of man-made fibers, each measuring at least 35 cm but not more than 75 cm in height, at least 19 cm but not more than 34 cm in width, and at least 5 cm but not more than 26 cm in depth (described in statistical reporting number 4202.92.3120)." (Hereafter "Exclusion 3"). This exclusion was initially applicable to eligible product entered from September 24, 2018 to August 7, 2020. The exclusion end date was extended to goods entered on or before December 31, 2020 by 85 Fed. Reg. 48600 at 48606 (70) (August 11, 2020) under HTS 9903.88.56.

11. In 85 Fed. Reg. 23122 at 23126 (25) (April 24, 2020), USTR issued an exclusion under HTS 9903.88.45 for "Padfolios of faux leather or polyester, with or without zippers, each containing a writing pad (described in statistical reporting number 4820.10.2020)." (Hereafter "Exclusion 4"). This exclusion was applicable to eligible product entered from September 24, 2018 to August 7, 2020.

12.     The foregoing paragraphs are incorporated by reference in the following paragraphs.

13.     Product Code 124058 is a backpack with an outer surface of man-made textile materials that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

14.     Product Code 124058 measures 18.5 inches (46.99 cm) in height, 12.5 inches (31.75 cm) in width and 6 inches (15.24 cm) in depth.

15.     Product Code 124058 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

16.     Product Code 126040 is a briefcase with an outer surface of leather that was entered and liquidated under 4202.11.0030 with Section 301 duty paid.

17.     Product Code 126040 measures 12 inches (30.48 cm) by 16.25 inches (41.275 cm by 4.5 inches (11.43 cm).

18.     Product Code 126040 is within the dimensions of Exclusion 1 and should be reliquidated with a refund of Section 301 duties.

19.     Product Code 44089 is a flapover briefcase with an outer surface of leather that was entered and liquidated under 4202.11.0030 with Section 301 duty paid.

20.     Product Code 44089 measures 14 inches (35.56 cm) by 16.5 inches (41.91 cm) by 4.5 inches (11.43 cm).

21.     Product Code 44089 is within the dimensions of Exclusion 1 and should be reliquidated with a refund of Section 301 duties.

22.     Product Code 44090 is a top zip briefcase with an outer surface of leather that was entered and liquidated under 4202.11.0030 with Section 301 duty paid.

23.     Product Code 44090 measures 31.75 cm by 40.64 cm by 12.7 cm.

24.     Product Code 44090 is within the dimensions of Exclusion 1 and should be reliquidated with a refund of Section 301 duties.

25.     Product Code 88234 is a backpack made of nylon that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

26.     Product Code 88234 measures 18.5 inches (47 cm) by 12.59 inches (32 cm) by 7.28 inches (18.5 cm).

27.     Product Code 88234 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

28. Product Code 105158 is a backpack made of polyester that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

29. Product Code 105158 measures 19.6 inches (49.78 cm) by 13.19 inches (33.52 cm) by 6.4 inches (16.25 cm).

30. Product Code 105158 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

31. Product Code 105159 is a backpack made of polyester that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

32. Product Code 105159 measures 49.27 cm by 32.51 cm by 23.36 cm.

33. Product Code 105159 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

34. Product Code 105186 is a backpack made of polyester that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

35. Product Code 105186 measures 44 cm by 28.5 cm by 23 cm.

36. Product Code 105186 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

37. Product Code 106501 is a backpack made of polyester that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

38. Product Code 106501 measures 20 inches (50.8 cm) by 12.9 inches (33 cm) by 9.39 inches (23.87 cm).

39. Product Code 106501 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

40. Product Code 116464 is a padfolio made of polyester and containing a writing pad that was entered and liquidated under 4820.10.2020 with Section 301 duty paid.

41. Product Code 116464 meets the requirements of Exclusion 4 and should be reliquidated with a refund of Section 301 duties.

42. Product Code 116465 is a padfolio made of polyester and containing a writing pad that was entered and liquidated under 4820.10.2020 with Section 301 duty paid.

43. Product Code 116465 meets the requirements of Exclusion 4 and should be reliquidated with a refund of Section 301 duties.

44. Product Code 122035 is a hydration backpack with hydration system that was entered and liquidated under 4202.92.0400 with Section 301 duty paid.

45. Product Code 122035 measures 17.6 inches (44.70 cm) by 10.8 inches (27.43 cm) by 2 inches (5.08 cm) and weighs 1.21 lbs (0.55 kgs).

46. Product Code 122035 contains a hydration system and is within the dimensions and weight requirements of Exclusion 2 and should be reliquidated with a refund of Section 301 duties.

47. Product Code 123489 is a backpack made of polyester that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

48. Product Code 123489 measures 19 inches (48.26 cm) by 12.5 inches (31.75 cm) by 8 inches (20.32 cm).

49. Product Code 123489 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

50. Product Code 124447 is a backpack made of polyester that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

51. Product Code 124447 measures 16.34 inches (41.5 cm) by 11.22 inches (28.5 cm) by 6.3 inches (16 cm).

52. Product Code 124447 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

53. Product Code 125529 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

54. Product Code 126038 is a briefcase with an outer surface of leather that was entered and liquidated under 4202.11.0030.

55. Product Code 126038 measures 11 inches (27.94 cm) by 15.5 inches (39.37 cm) by 2.25 inches (5.71 cm).

56. Product Code 126038 is within the dimensions of Exclusion 1 and should be reliquidated with a refund of Section 301 duties.

57. Product Code 126040 is a flapover briefcase with an outer surface of leather that was entered and liquidated under 4202.11.0030.

58. Product Code 126040 measures 29.84 cm by 40.64 cm by 10.79 cm.

59. Product Code 126040 is within the dimensions of Exclusion 1 and should be reliquidated with a refund of Section 301 duties.

60. Product Code 128172 is a backpack made of nylon that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

61. Product Code 128172 measures 40.5 cm by 31 cm by 15 cm.

62. Product Code 128172 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

63. Product Code 47732 is a is a briefcase with an outer surface of leather that was entered and liquidated under 4202.11.0030 with Section 301 duty paid.

64. Product Code 47732 measures 16 inches (40.64 cm) by 12 inches (30.48 cm) by 5.5 inches (13.97 cm).

65. Product Code 47732 is within the dimensions of Exclusion 1 and should be reliquidated with a refund of Section 301 duties.

66. Product Code 47733 is a is a briefcase with an outer surface of leather that was entered and liquidated under 4202.11.0030 with Section 301 duty paid.

67. Product Code 47733 measures 16 inches (40.64 cm) 12 inches (30.48 cm) by 4.5 inches (11.43 cm).

68. Product Code 47733 is within the dimensions of Exclusion 1 and should be reliquidated with a refund of Section 301 duties.

69. Product Code 47734 is a is a briefcase with an outer surface of leather that was entered and liquidated under 4202.11.0030 with Section 301 duty paid.

70. Product Code 47734 measures 16 inches (40.64 cm) by 12 inches (30.48 cm) by 6 inches (15.24 cm).

71. Product Code 47734 is within the dimensions of Exclusion 1 and should be reliquidated with a refund of Section 301 duties.

72. Product Code 55013 is a tactic daypack made of polyester that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

73. Product Code 55013 measures 12 inches (30.48 cm) by 18.5 inches (46.99 cm) by 7 inches (17.78 cm).

74. Product Code 55013 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

75. Product Code 86009 is a briefcase with an outer surface of leather that was entered and liquidated under 4202.11.0030 with Section 301 duty paid.

76. Product Code 86009 measures 16 inches (40.64 cm) by 4.5 inches (11.43 cm) by 10.34 inches (26.26 cm).

77. Product Code 86009 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

78. Product Code 47732 is a briefcase with an outer surface of leather that was entered and liquidated under 4202.11.0030 with Section 301 duty paid.

79. Product Code 47732 measures 14.173 inches (40 cm) x 17 inches (43.18) x 4.9 inches (12.446 cm).

80. Product Code 47732 is within the dimensions of Exclusion 1 and should be reliquidated with a refund of Section 301 duties.

81. Product Code 111358 is a backpack made of nylon that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

82. Product Code 111358 measures 12 inches (30.48 cm) x 17.5 inches (44.45 cm) x 7 inches (17.78 cm).

83. Product Code 111358 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

84. Product Code 125892 is a backpack made of nylon that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

85. Product Code 125892 measures 18 inches (45.72 cm) x 8.25 inches (20.955) x 12.125 inches (31 cm).

86. Product Code 125892 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

87. Product Code126271 is a backpack made of nylon that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

88. Product Code126271 measures 15.75 inches (40 cm) x 15.75 inches (40 cm) x 3 inches (7.62 cm).

89. Product Code 126271 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

90. Product Code 126445 is a backpack made of nylon that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

91. Product Code 126445 measures 11.42 inches (29 cm) x 19.69 inches (50 cm) x 7.09 inches (18 cm).

92. Product Code 126445 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

93. Product Code 126651 is a backpack made of nylon that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

94. Product Code 126651 measures 11.75 inches (32.38 cm) x 17.99 inches (45.69 cm) x 7 inches (17.78 cm).

95. Product Code 126651 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

96. Product Code 127844 is a backpack made of nylon that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

97. Product Code 127844 measures 17.32 inches (44 cm) x 11.02 inches (30.53 cm) x 7.4 inches (19 cm).

98. Product Code 127844 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

99. Product Code 128567 is a backpack made of nylon that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

100. Product Code 128567 measures 14 inches (35.56 cm) x 16 inches (40.64 cm) x 3.74 inches (9.49 cm).

101. Product Code 128567 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

102. Product Code 111258 is a backpack made of nylon that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

103. Product Code 111258 measures 12 inches (33 cm) x 17.5 inches (44.45 cm) x 7 inches (17.78 cm).

104. Product Code 111258 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

105. Product Code 123489 is a backpack made of nylon that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

106. Product Code 123489 measures 21.26 inches (54 cm) x 14.17 inches (36 cm) x 7 inches (17.78 cm).

107. Product Code 123489 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

108. Product Code 108240 is a backpack made of nylon that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

109. Product Code 108240 measures 18 inches (45.72 cm) x 12 inches (30.48 cm) x 6 inches (15.24 cm).

110. Product Code 108240 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

111. Product Code 108242 is a backpack made of nylon that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

112. Product Code 108242 measures 18.5 inches (47 cm) x 12.5 inches x 4.25 inches (10.79 cm).

113. Product Code 108242 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

114. Product Code 108423 is a backpack made of nylon that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

115. Product Code 108423 measures 17 inches (43.18 cm) x 11 inches (28 cm) x 5.5 inches (14 cm).

116. Product Code 108423 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

117. Product Code 124446 is a backpack made of nylon that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

118. Product Code 124446 measures 17 inches (43.18 cm) x 11 inches (28 cm) x 6.25 inches (15.9 cm.

119. Product Code 124446 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

120. Product Code 126272 is a backpack made of nylon that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

121. Product Code measures126272 11.75 inches (29.8 cm) x 18 inches (45.7 cm) x 7 inches (17.8 cm).

122. Product Code 126272 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

123. Product Code 126651 is a backpack made of nylon that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

124. Product Code 126651 measures 11.75 inches (29.8 cm) x 18 inches (45.7 cm) x 7 inches (17.8 cm).

125. Product Code 126651 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

126. Product Code 126654 is a backpack made of nylon that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

127. Product Code 126654 measures 11.75 inches (29.8 cm) x 18 inches (45.7 cm) x 7 inches (17.8 cm).

128. Product Code 126654 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

129. Product Code 127844 is a backpack made of nylon that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

130. Product Code 127844 measures 17.32 inches (44 cm) x 11 inches (28 cm) x 7.48 inches (17.8 cm).

131. Product Code 127844 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

132. Product Code 128170 is a backpack made of nylon that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

133. Product Code 128170 measures 15.94 inches (40.5 cm) x 11 inches (27.95 cm) x 4.53 inches (11.5 cm).

134. Product Code 128170 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

135. Product Code 128171 is a backpack made of nylon that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

136. Product Code 128171 measures 11.5 inches (29.2 cm) x 15.6 inches (39.6 cm) x 6 inches (15.24 cm).

137. Product Code 128171 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

138. Product Code 128172 is a backpack made of nylon that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

139. Product Code 128172 measures 12.5 inches (31.75 cm) x 16.3 inches (41.4 cm) x 7 inches (17.8 cm).

140. Product Code 128172 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

141. Product Code 128566 is a backpack made of nylon that was entered and liquidated under 4202.92.3120 with Section 301 duty paid.

142. Product Code 128566 measures 13.25 inches (33.65 cm) x 17.5 inches (44.45 cm) x 7 inches (17.78 cm).

143. Product Code 128566 is within the dimensions of Exclusion 3 and should be reliquidated with a refund of Section 301 duties.

WHEREFORE, Plaintiff requests that judgment be entered overruling the Government's denial of Samsonite's request that the benefits of the involved exclusions be granted to Samsonite for the involved products detailed above, and directing the appropriate Customs officer to reliquidate the subject entries and refund to Plaintiff any overpayment of Section 301 duties paid for these products, together with such interest as provided by law, and for such other and necessary relief the Court deems just and appropriate under the circumstances.

Dated: February 27, 2026         Respectfully submitted,

*/s/ Ralph Sheppard*
Ralph H. Sheppard
MEEKS, SHEPPARD, LEO & PILLSBURY LLP
570 Lexington Avenue
24th Floor
New York, NY 10022
(203) 256-1401 or (203) 257-6614
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

Pursuant to U.S. Court of International Trade Rule 4(b) and (h), I hereby certify that Plaintiff's Complaint in Samsonite LLC. v. United States, Court No. 24-00040 dated February 27, 2026, was served on Defendant United States by ECF filing on February 27, 2026, and on February 27, 2026 by certified mail, return receipt requested to:

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

/s/  Ralph Sheppard