UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. JANE A. RESTANI, JUDGE

SAMSONITE LLC,

Plaintiff,

v.

UNITED STATES,

Defendant.

Court No. 24-00040

## ANSWER TO THE COMPLAINT

Pursuant to Rule 7(a) of the Rules of the United States Court of International Trade, the United States, defendant, responds to the allegations of plaintiff, Samsonite LLC, as follows:

1. The allegation in this paragraph consists of legal argument and/or conclusions of law to which no response is required.

2. The allegation in this paragraph consists of legal argument and/or conclusions of law to which no response is required.

3. Denies for lack of information or knowledge sufficient to form a belief as to whether plaintiff is the consignee, but otherwise admits.

4. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies for lack of information or knowledge as to whether "all other conditions precedent to the commencement of this action have been performed or have occurred," but otherwise admits.

## BACKGROUND AND CLAIMS

5. Admits to the extent supported by 83 Fed. Reg. 47,974 (Sep. 21, 2018), but otherwise denies.

6. Denies that List 3 references any "Samsonite products." Admits the remainder of the allegation to the extent supported by the Federal Register notice cited in paragraph 5, but otherwise denies.

7. Admits to the extent supported by the Federal Register notices cited in paragraphs 8 through 11, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness as no authority is cited.

8. Admits to the extent supported by the Federal Register notice cited, but otherwise denies.

9. Admits to the extent supported by the Federal Register notice cited, but otherwise denies.

10. Admits to the extent supported by the Federal Register notices cited, but otherwise denies.

11. Admits to the extent supported by the Federal Register notice cited, but otherwise denies.

12. The responses to the allegations in paragraphs 1 through 11 are incorporated by reference as though fully set forth herein.

13. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

14. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

15. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact,

denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

16. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

17. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

18. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

19. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

20. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

21. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

22. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

23. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

24. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

25. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

26. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

27. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

28. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

29. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

30. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its

truthfulness.

31. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

32. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

33. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

34. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

35. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

36. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

37. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

38. Denies the allegation for lack of information or knowledge sufficient to form a

belief as to its truthfulness.

39. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

40. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

41. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

42. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

43. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

44. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

45. Denies the allegation for lack of information or knowledge sufficient to form a

belief as to its truthfulness.

46. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

47. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

48. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

49. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

50. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

51. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

52. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

53. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

54. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

55. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

56. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

57. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

58. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

59. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

60. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

61. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

62. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

63. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

64. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

65. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

66. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

67. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

68. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its

truthfulness.

69. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

70. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

71. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

72. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

73. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

74. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

75. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

76. Denies the allegation for lack of information or knowledge sufficient to form a

belief as to its truthfulness.

77. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

78. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

79. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

80. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

81. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

82. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

83. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

84. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

85. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

86. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

87. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

88. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

89. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

90. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

91. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

92. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

93. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

94. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

95. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

96. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

97. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

98. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

99. Admits that Plaintiff paid Section 301 duties on the entries listed on the

Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

100. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

101. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

102. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

103. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

104. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

105. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

106. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

107. The allegations in this paragraph consist of legal argument and/or conclusions of

law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

108. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

109. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

110. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

111. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

112. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

113. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

114. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to

form a belief as to its truthfulness.

115. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

116. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

117. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

118. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

119. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

120. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

121. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

122. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact,

denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

123. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

124. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

125. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

126. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

127. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

128. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

129. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

130. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

131. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

132. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

133. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

134. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

135. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

136. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

137. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its

truthfulness.

138. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

139. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

140. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

141. Admits that Plaintiff paid Section 301 duties on the entries listed on the Summons, but otherwise denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

142. Denies the allegation for lack of information or knowledge sufficient to form a belief as to its truthfulness.

143. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, denies the allegations for lack of information or knowledge sufficient to form a belief as to its truthfulness.

* * *

WHEREFORE, defendant respectfully requests that judgment be entered dismissing this action, overruling plaintiff's claim, sustaining the decision of the appropriate U.S. Customs and

Border Protection official and the assessment thereunder, and granting defendant such other and further relief as may be just and appropriate.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Aimee Lee
AIMEE LEE
Assistant Director

/s/ Mathias Rabinovitch
MATHIAS RABINOVITCH
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
(212) 264-0484
*Attorneys for Defendant*

Dated: November 4, 2026